Case No.: 0540 4:19 CR 00118-1

To the Honorable Judge of the Court,

Please appoint me an appeals attorney. I have enclosed a 'Notice of Appeal' and a 'Pauper's Oath Application' to attest to my indigent status. Thank you.
I am appealing from my hearing on May 15th 2020.
Respectfully,

David Pruner